IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| VANDROTH BACKUS, WILLIE HARRISON BROWN, CHARLESANN BUTTONE, BOOKER MANIGAULT, EDWARD MCKNIGHT, MOSES MIMS, JR, ROOSEVELT WALLACE, and WILLIAM G. WILDER, on behalf of themselves and all other similarly situated persons, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. |
| v. | ) ) | 3:11-cv-03120-PMD-HFF-MBS |
| THE STATE OF SOUTH CAROLINA, NIKKI R. HALEY, in her capacity as Governor, KEN ARD, in his capacity as Lieutenant Governor, GLENN F. MCCONNELL, in his capacity as President Pro Tempore of the Senate and Chairman of the Senate Judiciary Committee, ROBERT W. HARRELL, Jr., in his capacity as Speaker of the House of Representatives, JAMES H. HARRISON, in his capacity as Chairman of the House of Representatives' Judiciary Committee, ALAN D. CLEMMONS, in his capacity as Chairman of the House of Representatives' Elections Law Subcommittee, MARCI ANDINO, in her capacity as Executive Director of the Election Commission, JOHN H. HUDGENS, III, Chairman, CYNTHIA M. BENSCH, MARILYN BOWERS, PAMELLA B. PINSON, and THOMAS WARING, in their capacity as Commissioners of the Elections Commission, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT GLENN F. MCCONNELL'S
IDENTIFICATION OF EXPERT WITNESS**

Pursuant to the Court's scheduling order of January 5, 2012, the Defendant Glenn F. McConnell hereby identifies the expert that he intends to call as an expert at trial of this case:

>Richard L. Engstrom, Ph.D.
>Center for the Study of Race, Ethnicity
>And Gender in the Social Sciences
>Social Science Research Institute
>Duke Box 90420
>Duke University
>Erwin Mill
>Durham, NC 27705
>Telephone: 504-756-1478

Defendant reserves the right to supplement this notice if Plaintiffs' expert report, which is to be filed today, provides any guidance on Plaintiffs' theory of the case—which Plaintiffs have yet to disclose.

***Signature Page Follows.***

1

Respectfully submitted,


s/ William W. Wilkins
William W. Wilkins    Fed ID No. 4662
Kirsten E. Small       Fed ID No. 10005
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
PHONE: 864.370.2211
BWilkins@nexsenpruet.com

Michael A. Carvin (admitted *pro hac vice*)
Louis K. Fisher (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
PHONE: 202.879.3637
macarvin@jonesday.com

*Attorneys for Defendant Glenn F. McConnell*

January 11, 2012
Greenville, South Carolina