IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Vandroth Backus, Willie Harrison Brown, Charlesann Buttone, Booker Manigault, Edward McKnight, Moses Mims, Jr., Roosevelt Wallace and William G. Wilder, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>The State of South Carolina, *et al.*,<br><br>Defendants. | Civil Action No.: 3:11-cv-3120 – PMD-HFF-MBS<br><br>**DEFENDANTS ROBERT W. HARRELL, JR., JAMES H. HARRISON, AND ALAN D. CLEMMONS' DESIGNATION OF EXPERT** |

Defendants, Robert W. Harrell, Jr., James H. Harrison, and Alan D. Clemmons, pursuant to the Scheduling Order filed January 5, 2012 (ECF No. 66), hereby designate the following individual who will appear as expert witnesses on their behalf during the trial of this case:

1. **Thomas L. Brunell**
   **Professor of Political Science**
   **Senior Associate Dean**
   **The University of Texas at Dallas**
   **800 W. Campbell Road**
   **Richardson, TX 75080**
   **(972) 883-4963**

   **Dr. Brunell's most recent Curriculum Vitae is attached here as Exhibit A.**

*[signature page below]*

        SOWELL GRAY STEPP & LAFFITTE, L.L.C.

By: <u>s/ Robert E. Stepp</u>
   Robert E. Stepp
   Fed. I.D. No.: 4302.
   rstepp@sowellgray.com
   Robert E. Tyson, Jr.
   Fed. I.D. No.: 7815.
   rtyson@sowellgray.com
   1310 Gadsden Street
   Post Office Box 11449
   Columbia, South Carolina 29211
   (803) 929-1400

       -and-

WILLOUBY & HOEFER, P.A.

   Benjamin P. Mustian
   Fed. I.D. No.: 9615
   bmustian@willoughbyhoefer.com
   Tracey C. Green
   Fed. I.D. No.: 6644
   tgreen@willoughbyhoefer.com
   930 Richland Street
   Post Office Box 8416
   Columbia, South Carolina 29202
   (803) 252-3300

Columbia, South Carolina
January 11, 2012