# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **VANDROTH BACKUS**, et al.**,** ) | |
| Plaintiffs, ) | Civil Action No.: 3:11-03120-PMD-HFF-MBS |
| ) | |
| v. ) | **PLAINTIFFS' 26(a)(2) DISCLOSURE** |
| ) | **STATEMENT** |
| **STATE OF SOUTH CAROLINA**, et al., ) | |
| Defendants. ) | |

Plaintiffs hereby certify compliance with Rule 26(a)(2), F.R.C.P. by serving counsel for all Defendants and identify the name of witnesses who may provide testimony pursuant to Federal Rules of Evidence 702, 703, and/or 705 as:

> **Michael P. McDonald, Ph.D.**
> **Associate Professor, George Mason University**
> **Non-Resident Senior Fellow, Brookings Institution**
> **Department of Public and International Affairs**
> **4400 University Drive MSN 3F4**
> **Fairfax, VA 22030-4444**
> **703-993-4191**

Dr. Michael P. McDonald has been retained to provide an expert opinion testimony as described in his expert report that was provided to all Defendants along with all available information required within that subsection.

> Respectfully submitted,
>
> s/Richard A. Harpootlian
> Richard A. Harpootlian  (Fed. ID No.  1730)
> Graham L. Newman   (Fed. ID No. 9746)
> M. David Scott (Fed. ID No. 9746)
> RICHARD A. HARPOOTLIAN, P.A.
> 1410 Laurel Street
> P.O. Box 1090
> Columbia, South Carolina 29202
> (803) 252-4848
> (803) 252-4810 (facsimile)
> **Attorneys for the Plaintiffs**

January 11, 2012