IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Vandroth Backus, Willie Harrison Brown, Charlesann Buttone, Booker Manigault, Edward McKnight, Moses Mims, Jr., Roosevelt Wallace and William G. Wilder, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>The State of South Carolina, *et al.*,<br>Defendants. | Case No. 3:11-cv-3120 – PMD-HFF-MBS<br><br>**DEFENDANTS ROBERT W. HARRELL, JR., JAMES H. HARRISON, AND ALAN D. CLEMMON'S FEDERAL RULE 26(a)(2)(B) CERTIFICATION AND DESIGNATION** |

Defendants, Robert W. Harrell, Jr., James H. Harrison, and Alan D. Clemmons by and through their undersigned counsel, herewith comply with Federal Rule 26(a)(2)(B) by designating the following individual who will appear as expert witnesses on Defendants' behalf during the trial of this case:

>  **Thomas L. Brunell**
>  **Professor of Political Science**
>  **Senior Associate Dean**
>  **The University of Texas at Dallas**
>  **800 W. Campbell Road**
>  **Richardson, TX 75080**
>  **(972) 883-4963**

1. Provide the most current curriculum vitae of each expert or a detailed summary of his qualifications to testify on each identified subject.

**RESPONSE:** The expert's curriculum vitae has been filed previously with **Defendants designation of Expert Witness (ECF #70).**

    2.    Provide a report including:

        a.    A complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions;

        b.    A list of all publications authored by the witness within the precedent ten years;

        c.    The compensation to be paid for the study and testimony; and

        d.    A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the precedent four (4) years.

**RESPONSE:  The expert's report, which has been served on counsel for all parties, contains the requirements listed above; however, pursuant to Scheduling Order (ECF # 66) is not being filed herewith.**

*[signature page below]*

SOWELL GRAY STEPP & LAFFITTE, L.L.C.


By:   s/ Robert E. Tyson, Jr.
      Robert E. Stepp
      Fed. I.D. No.: 4302.
      rstepp@sowellgray.com
      Robert E. Tyson, Jr.
      Fed. I.D. No.: 7815
      rtyson@sowellgray.com
      1310 Gadsden Street
      Post Office Box 11449
      Columbia, South Carolina 29211
      (803) 929-1400

-and-

WILLOUGHBY & HOEFER, P.A.

      Benjamin P. Mustian
      Fed. I.D. No.: 9615
      bmustian@willoughbyhoefer.com
      Tracey C. Green
      Fed. I.D. No.: 6644
      tgreen@willoughbyhoefer.com
      930 Richland Street
      Post Office Box 8416
      Columbia, South Carolina 29202
      (803) 252-3300

Columbia, South Carolina
January 17, 2012