IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| VANDROTH BACKUS, WILLIE HARRISON BROWN, CHARLESANN BUTTONE, BOOKER MANIGAULT, EDWARD MCKNIGHT, MOSES MIMS, JR, ROOSEVELT WALLACE, and WILLIAM G. WILDER, on behalf of themselves and all other similarly situated persons,<br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>THE STATE OF SOUTH CAROLINA, NIKKI R. HALEY, in her capacity as Governor, KEN ARD, in his capacity as Lieutenant Governor, GLENN F. MCCONNELL, in his capacity as President Pro Tempore of the Senate and Chairman of the Senate Judiciary Committee, ROBERT W. HARRELL, Jr., in his capacity as Speaker of the House of Representatives, JAMES H. HARRISON, in his capacity as Chairman of the House of Representatives' Judiciary Committee, ALAN D. CLEMMONS, in his capacity as Chairman of the House of Representatives' Elections Law Subcommittee, MARCI ANDINO, in her capacity as Executive Director of the Election Commission, JOHN H. HUDGENS, III, Chairman, CYNTHIA M. BENSCH, MARILYN BOWERS, PAMELLA B. PINSON, and THOMAS WARING, in their capacity as Commissioners of the Elections Commission,<br>　　　　　　　　　　　　Defendants. | Civil Action No.<br>3:11-cv-03120-PMD-HFF-MBS |

**DEFENDANT GLENN F. MCCONNELL'S NOTICE THAT HE NO LONGER INTENDS TO OFFER EXPERT TESTIMONY BY DR. RICHARD ENGSTROM**

DEFENDANT GLENN F. McCONNELL hereby provides notice that he no longer intends to offer expert testimony by Dr. Richard Engstrom.

Plaintiffs have abandoned the vote dilution allegations on which their entire Complaint was premised. While Plaintiffs' pleadings alleged vote dilution in a legally incompetent fashion, Plaintiffs' expert report provides no analysis *at all* regarding vote dilution. *See* Def. McConnell's Motion for Summary Judgment at 5-7, Attachment A (Expert Report of Dr. Michael P. McDonald) (Jan. 17, 2012) (filed concurrently with this Notice). And without sufficient allegations and evidence of vote dilution, Plaintiffs cannot make out a claim of purposeful vote dilution. *See* Mem. of Points and Auths. in Supp. of Def. McConnell's Motion to Dismiss at 18, 23-27, ECF No. 55 (Dec. 19, 2011); Reply in Supp. of Def. McConnell's Motion to Dismiss at 10, ECF No. 64 (Jan. 4, 2012).

Thus, Plaintiffs have offered no evidence for Defendant McConnell to rebut through expert testimony. If, however, Plaintiffs are somehow permitted to revive their now-abandoned vote dilution allegations, Defendant McConnell reserves the right to call Dr. Engstrom as an expert witness.

*Signature page follows*

Respectfully submitted,


/s/ William W. Wilkins
William W. Wilkins    Fed ID No. 4662
Kirsten E. Small      Fed ID No. 10005
Andrew A. Mathias     Fed ID No. 10166
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
PHONE: 864.370.2211
BWilkins@nexsenpruet.com

Michael A. Carvin (admitted *pro hac vice*)
Louis K. Fisher (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
PHONE: 202.879.3637
macarvin@jonesday.com

*Attorneys for Defendant Glenn F. McConnell*

January 17, 2012
Greenville, South Carolina