IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Vandroth Backus, Willie Harrison Brown, Charlesann Buttone, Booker Manigault, Edward McKnight, Moses Mims, Jr., Roosevelt Wallace, and William G. Wilder, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>The State of South Carolina, Nikki R. Haley, in her capacity as Governor, John E. Courson, in his capacity as President Pro Tempore of the Senate, Robert W. Harrell, Jr., in his capacity as Speaker of the House of Representatives, Marci Andino, in her capacity as Executive Director of the Election Commission, John H. Hudgens, III, Chairman, Nicole S. White, Marilyn Bowers, Mark Benson, and Thomas Waring, in their capacity as Commissioners of the Election Commission,<br><br>Defendants. | Civil Action No. 3:11-cv-03120-PMD-HFF-MBS<br><br><br><br>**RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT AND ORDER** |

Now comes Defendant John E. Courson ("Defendant Courson"), in his capacity as President Pro Tempore of the Senate of the State of South Carolina, in response to Plaintiffs' Motion for Relief from Judgment and Order. Defendant Courson does not submit a substantive response to Plaintiffs' Motion because doing so would not meaningfully aid the Court in its consideration of this matter.

Plaintiffs originally challenged the redistricting plan enacted for the South Carolina Senate, however, they abandoned their challenge to the Senate redistricting plan by filing an amended complaint omitting those claims. Thus, the trial in the district court pertained only to

the redistricting plans for the South Carolina House of Representatives and United States Congress. In addition, Plaintiffs' Motion for Relief from Judgment and Order concerns only the House redistricting plan. The South Carolina Senate deferred to Defendant Harrell's defense of the House redistricting plan during the proceedings below and intends to do so here unless otherwise directed by this Court.

        Respectfully submitted,

        s/ William W. Wilkins

| William W. Wilkins | Fed ID No. 4662 |
|---|---|
| Kirsten E. Small | Fed ID No. 10005 |
| Andrew A. Mathias | Fed ID No. 76220 |

NEXSEN PRUET, LLC
55 East Camperdown Way, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603-0648
Telephone: 864.370.2211
Email: BWilkins@nexsenpruet.com

Michael A. Carvin (admitted *pro hac vice*)
Louis K. Fisher (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: 202.879.3637
Email: macarvin@jonesday.com

*Attorneys for Defendant*
*John E. Courson in his capacity as President Pro Tempore of the Senate*

September 13, 2013
Greenville, South Carolina

2