# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **VANDROTH BACKUS**, **WILLIE HARRISON BROWN**, **CHARLESANN BUTTONE**, **BOOKER MANIGAULT**, **EDWARD MCKNIGHT**, **MOSES MIMS, JR.**, **ROOSEVELT WALLACE**, and **WILLIAM G. WILDER**, on behalf of themselves and all other similarly situated persons,<br><br>                    Plaintiffs,<br><br>          v.<br><br>**THE STATE OF SOUTH CAROLINA**, **NIKKI R. HALEY**, in her capacity as Governor, **GLENN F. MCCONNELL**, in his capacity as President Pro Tempore of the Senate and Chairman of the Senate Judiciary Committee, **ROBERT W. HARRELL, JR.**, in his capacity as Speaker of the House of Representatives, **MARCI ANDINO**, in her capacity as Executive Director of the State Election Commission; **JOHN H. HUDGENS, III**, Chairman, **NICOLE S. WHITE**, **MARILYN BOWERS**, **MARK BENSON**, and **THOMAS WARING**, in their capacities as Commissioners of the State Election Commission,<br><br>                    Defendants. | **Case No.: 3:11-cv-03120-HFF-MBS-PMD**<br><br><br><br><br><br><br><br>**ORDER** |

Before HENRY F. FLOYD, United States Circuit Judge, MARGARET B. SEYMOUR, Senior District Judge, and PATRICK MICHAEL DUFFY, Senior District Judge.

---

PER CURIAM:

2

On February 14, 2014, Plaintiffs filed a Motion for Oral Argument. For the reasons set forth in the Court's March 10, 2014 Order on Plaintiffs' Motion for Relief from a Judgment and Order, it is **ORDERED** that Plaintiffs' Motion for Oral Argument is **DENIED**.

**AND IT IS SO ORDERED.**

**March 10, 2014**
**Columbia, South Carolina**

2